UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KEVIN DWAYNE THERIOT,

              Plaintiff,                     Case No. 2:19-cv-17

v.                                    Honorable Paul L. Maloney

UNKNOWN HUHTA et al.,

              Defendants.

_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   May 6, 2019                 /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge